IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00156-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    PATSY SCHERTZ,
2.    DAVID R. WITT.

       Defendants.

---

**FINAL ORDER OF FORFEITURE AND JUDGMENT**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §853;

THAT a Preliminary Order of Forfeiture was entered on October 5, 2004;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

THAT the Petition for Remission or Mitigation of Forfeitures and Penalties Incurred filed by the La Plata County, Colorado Child Support Enforcement Unit has been withdrawn; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $9,395.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this  17th  day of    October   , 2008.

      s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge